IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

Case No. 3: 14CR-000168

vs.

DAVID KIRKWOOD-001
BEVERLY KIRKWOOD-002

ORDER EXTENDING THE DISCLOSURE DATE OF THE
PRESENTENCE INVESTIGATION REPORT

The disclosure of the initial Presentence Investigation Report is hereby extended until October 19, 2017, in order to afford the probation officer adequate time to prepare the presentence report. The initial Presentence Investigation Report will now be due to the parties on October 19, 2017.

10-16-17
Date

Walter H. Rice
United States District Judge